Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

Central District of California

Eastern Division

| | |
|---|---|
| Victoria Lovelady | Case No. 5:17-cv-1229 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- | |
| Princess Cruises, Does 1-50, inclusive. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

**COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE**
**(28 U.S.C. § 1332; Diversity of Citizenship)**

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Victoria Lovelady |
   | Street Address | 21621 Sandia Road, Space # 10 |
   | City and County | City of Apple Valley, County of San Bernardino |
   | State and Zip Code | State of California, 92308 |
   | Telephone Number | 760-240-0430 |
   | E-mail Address | n/a |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Princess Crusies |
| Job or Title *(if known)* | |
| Street Address | 24305 Town Center Drive |
| City and County | City of Santa Clarita, County of Los Angeles |
| State and Zip Code | State of California, 91355 |
| Telephone Number | 661-753-1567 |
| E-mail Address *(if known)* | lweller@hagroup.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Victoria Lovelady, is a citizen of the State of *(name)* California.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* Princess Cruises, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* Bermuda, and has its principal place of business in *(name)* Santa Clarita, California.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Plaintiff has suffered severe residual injuries to her person, has undergone one surgery and is likely to be required to undergo at least one more surgery to correct her medical condition.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 01/18/2016 , at *(place)* on crusie ship RubyPrincess, Voyage R603, Deck#7 near Club Fusion , the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Defendants failed to properly maintain their premises when they left a slippery wet substance on the floor without any warning which Plaintiff slipped and fell on, severly injuring herself.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Plaintiff did not see nor was warned of the slippery substance left on the floor by Defendants and fell to the ground, injuring herself and sustaining damages.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

General Damages for pain and suffering in the amount of $ 200,000.00;
Special Damages for health insurance benefits paid and owed by way of a lien claimed by health insurance carrier in the amount of $ 34,057.49;
Special Damages for out-of-pocket medical bills not paid by health insurance in the amount of $ 6,000.00; and
Special Damages for future medical expenses in the amount of $ 50,000.00.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: 06/21/2017

| | |
|---|---|
| Signature of Attorney | Senn Koppel, Esq. |
| Printed Name of Attorney | Senn Koppel, Esq. |
| Bar Number | 231926 |
| Name of Law Firm | Greiner Law Group |
| Street Address | 17189 Yuma Street, # 1 |
| State and Zip Code | Victorville, CA 92395 |
| Telephone Number | 760-955-3800 |
| E-mail Address | SKoppel2003@yahoo.com |